# United States Navy–Marine Corps Court of Criminal Appeals

————————————————

**UNITED STATES**
Appellee

**v.**

**Darren P. GOODLOE**
Information Systems Technician (E-6), U.S. Navy Corps
Appellant

**No. 201800230**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 8 February 2019.

Military Judge:
Captain Aaron C. Rugh, JAGC, USN.

Approved Sentence: Confinement for 12 months, reduction in rank to paygrade E-6, and a letter of reprimand. Sentence adjudged 27 March 2018 by a special court-martial convened at Naval Consolidated Brig Miramar, San Diego, California, consisting of a military judge sitting alone.

For Appellant:
*Lieutenant Gregory Hargis, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

————————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

————————————————

Before HUTCHISON, LAWRENCE, and GEIS
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court